**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 511 WAL 2016
                                        :
            Respondent         :
                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court
            v.                      :
                                          :
                                        :
JAMES EDWARDS COLE,            :
                                        :
            Petitioner          :


## ORDER


**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.